## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MARVIN WILEY**                                           **CIVIL ACTION**

**VERSUS**                                                 **NO. 04-2378**

**N. BURL CAIN, WARDEN**                                   **SECTION "T" (6)**


### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the November 7, 2005 Report and Recommendation of  United States Magistrate Judge Louis Moore, Jr. and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Marvin Wiley for issuance of a writ of habeas corpus upon 28 U.S.C.  §2254, is hereby **DENIED WITH PREJUDICE.**


New Orleans, Louisiana this 2nd day of February, 2006

                                        **G. THOMAS PORTEOUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**